# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TCG PARTNERS, )<br>      Plaintiff, )<br>v. )<br>    )<br>AURORA LIGHTING, INC., )<br>      Defendant ) | No. 3:05-CV-483<br>(Phillips) |

## ORDER

This civil action is before the court upon notice that plaintiff's counsel, Craig J. Donaldson has been summarily suspended from the practice of law in Tennessee. A review of the file reveals that defendant has filed an answer to the plaintiff's complaint and the case is now at issue. Defendant has also filed a motion to disqualify Mr. Donaldson as plaintiff's counsel because of the suspension of his law license. Mr. Donaldson has not responded to the motion to disqualify.

The court takes judicial notice of the fact that Mr. Donaldson has been summarily suspended from the practice of law in the State of Tennessee. While no motion to withdraw has been filed in compliance with LR 83.4, it is clear that Mr. Donaldson cannot continue to represent plaintiff in this proceeding. Mr. Donaldson's designation as counsel of record in this case is hereby terminated.

Accordingly, plaintiff is **DIRECTED** to obtain other counsel, and have its attorney file a notice of appearance with the court within thirty (30) days of entry of this order. Plaintiff is advised that failure to timely comply with this order could result in sanctions, including the dismissal of this action for failure to prosecute. See Fed.R.Civ.P. 16(f) and 41(b).

The clerk is **DIRECTED** to send a copy of this order to plaintiff TCG Partners by regular and certified U.S. mail at its last known address: 1509 Old Farm Road, Norman, Oklahoma 73072.

**IT IS SO ORDERED**.

                                              **ENTER:**

                                              s/ Thomas W. Phillips
                                              United States District Judge